Town of Somers, Respondent, *v.* Edwin B. Covey, as Committee
of the Person and Property of Nora Brainard, an Incompetent,
Appellant.

Submitted April 11, 1955; decided April 21, 1955.

Motion staying the Town of Somers from proceeding with the
sale of the subject property granted to and including May 25,
1955, to enable the appellant to apply to the Supreme Court of
the United States or to a Justice thereof for a stay in connection
with an application for writ of certiorari.